IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., <br><br> *Defendants.* | C. A. No. _____ |

## TEVA PHARMACEUTICAL INDUSTRIES LTD. AND TEVA PHARMACEUTICALS USA, INC.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc., nongovernmental corporate parties, certify that Teva Pharmaceutical Industries Ltd. is a publicly held corporation whose common stock is traded on the New York Stock Exchange under the symbol "TEVA" and no publicly held corporation owns 10% or more of Teva Pharmaceutical Industries Ltd. stock. Teva Pharmaceuticals USA, Inc. is a wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd.

|  |  |
|---|---|
| Dated: May 25, 2007 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/*<br>Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 3362)<br>Chad S.C. Stover (No. 4919)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Phone (302) 571-6600<br>Fax (302) 571-1253<br><br>*Of Counsel:*<br><br>KENYON & KENYON LLP<br>Steven J. Lee, Esq.<br>Robert V. Cerwinski, Esq.<br>One Broadway<br>New York, NY 10004-1050<br>Phone (212) 425-7200<br>Fax (212) 425-5288<br><br>*Attorneys for Plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.* |