IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICAL USA, INC., <br><br> *Plaintiffs,* <br><br> *v.* <br><br> TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., <br><br> *Defendants*. | C.A. No. 07-332-GMS |

**STIPULATED MOTION FOR EXTENSION OF TIME
TO ANSWER TEVA'S COMPLAINT**

Plaintiffs, Teva Pharmaceuticals Industries Ltd. and Teva Pharmaceuticals USA, Inc. (collectively "Plaintiffs") and Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc. (collectively "Defendants") respectfully submit the following Stipulated Motion for Extension of Time for Defendants to Answer Teva's Complaint and support this Motion as follows:

1. Plaintiffs filed their Complaint on May 23, 2007.

2. Plaintiffs effected service of the Complaint on Defendants on September 21, 2007. At this time, Defendants filed a waiver of service.

3. Pursuant to the waiver Defendants' Answer is currently due November 20, 2007.

4. Since the Complaint's filing, Plaintiffs and Defendants continuously have been working to negotiate an amicable resolution to Plaintiffs' claims.

5.  As these amicable negotiations continue to progress, Plaintiffs and Defendants together seek an additional thirty (30) day extension to Defendants' Answer Date until December 20, 2007 in an attempt to complete these negotiations.

6.  This is the first extension sought by Defendants.

7.  This extension will not prejudice either Plaintiffs or Defendants and is sought jointly in an attempt to resolve this matter amicably without Court's intervention.

WHEREFORE, Plaintiffs Teva Pharmaceuticals Limited and Teva Pharmaceuticals USA, Inc. and Defendants Torrent Pharmaceutical, Ltd. and Torrent Pharma, Inc. respectfully request this Court enter an Order extending Defendants' Answer date until December 20, 2007.

| | |
|---|---|
| /s/ John W. Shaw | /s/ Francis J. Murphy |
| John W. Shaw (No. 3362) | Francis J. Murphy, (No. 223) |
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | MURPHY & LANDON, P.A. |
| The Brandywine Building | 1011 Centre Road, Suite 210 |
| 1000 West Street, 17th Floor | Wilmington, Delaware 19805 |
| Wilmington, DE 19899-0391 | (302) 472-8103 |
| (302) 571-6600 | fmurphy@msllaw.com |
| jshaw@ycst.com | |
| | Attorneys for Defendants |
| Attorneys for Plaintiffs Teva Pharmaceuticals Industries Limited and Teva Pharmaceuticals USA, Inc. | Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. |

Dated: November 19, 2007

SO ORDERED this ___ day of _____, 2007,

_____
United States District Judge

147967