IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., <br><br> Defendants. | C.A. No. 07-332-GMS |

**TORRENT PHARMA INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)**

The undersigned counsel for Torrent Pharma Inc. certifies that Torrent Pharma Inc. is a wholly-owned subsidiary of a publicly held corporation. Torrent Pharmaceuticals Ltd. is the parent company of Torrent Pharma Inc. No other public corporation holds more than 10% of Torrent Pharmaceutical Ltd.'s common stock.

Dated: December 20, 2007

**MURPHY & LANDON**

/s/Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
(302) 472-8103
(302) 472-8135 (fax)
fmurphy@msllaw.com
**Attorneys for Defendants
Torrent Pharma Inc. and Torrent
Pharmaceuticals Ltd.**

*Of counsel:*

Keith D. Parr
Kevin M. Nelson
David B. Abramowitz
LOCKE LORD BISSELL & LIDDELL LLP
**Attorneys for Defendants**
**Torrent Pharma Inc. and Torrent**
**Pharmaceuticals Ltd.**
(312) 443-0497 (KDP)
(312) 896-6497 (KDP) (fax)
kparr@lockelord.com

## CERTIFICATE OF SERVICE

The undersigned on oath states that foregoing **TORRENT PHARMA INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)** served on the following counsel by electronic filing with the Court's ECF system and by placing a true and correct copy in the U.S. Mail on this 20th day of December, 2007.

Josey W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com

Steven J. Lee, Esquire
Robert V. Cerwinski, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
Tel 212.908.6485
Fax 212.425.5288
rcerwinski@kenyon.com

**Attorneys for Plaintiffs
Teva Ltd. and Teva USA**

**MURPHY & LANDON**

/s/Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
(302) 472-8103
(302) 472-8135 (fax)
fmurphy@msllaw.com
**Attorneys for Defendants
Torrent Pharma Inc. and Torrent
Pharmaceuticals Ltd.**