IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-332-GMS |
| TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David B. Abramowitz, Esquire, and Keith D. Parr, P.C. to represent Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc. in this matter.

**MURPHY & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
Attorney for Defendant

Date: January 8, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                                                                 United States District Judge

149094

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 01-07-08       Signed: *David B. Abramowitz*

David B. Abramowitz, Esquire
Locke Lord Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, IL 60606-4410
(312) 443-0591
(312) 896-6591 (fax)
dabramowitz@lockelord.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: Jan 7, 2007        Signed: _____
                                 Keith D. Parr, P.C.
                                 Locke Lord Bissell & Liddell, LLP
                                 111 South Wacker Drive
                                 Chicago, IL 60606-4410
                                 (312) 443-0497
                                 (312) 896-6497 (fax)
                                 kparr@lockelord.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-332-GMS |
| TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., | ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I, Francis J. Murphy, Esq., do hereby certify that on this 8th day of January, 2008, I have caused the foregoing MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF David B. Abramowitz, Esquire, and Keith D. Parr, P.C. and this Certificate of Electronic Service, to be served by electronic service on the following counsel of record:

**MURPHY & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
*Attorneys for Defendants Torrent Pharma Inc., and Torrent Pharmaceuticals Ltd.*

149100

VIA CM/CEF ELECTRONIC SERVICE

Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Counsel for Aurobindo Pharma LTD and Aurobindo Pharma USA Inc.*

David J. Margules, Esquire
Dominick T. Gattuso, Esquire
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.*

Richard L. Horwitz, Esquire
David B. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for Mylan Pharmaceuticals Inc.*

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Ranbaxy Inc. and Ranbaxy Laboratories Limited*

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
*Counsel for Teva Pharmaceuticals USA, Inc.*

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceutical Industries Ltd.*

Jack B. Blumenfeld, Esquire
James Walter Parrett, Jr., Esquire
Maryellen Noreika, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
*Counsel for Sanofi-Aventis and Sanofi-Aventis US LLC*

149100