**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., <br><br> *Defendants.* | C. A. No. 07-332 (GMS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiffs, **Teva Pharmaceutical Industries Ltd.** and **Teva Pharmaceuticals USA, Inc.,** in this matter:

> Robert V. Cerwinski
> KENYON & KENYON LLP
> One Broadway
> New York, New York 10004
> Telephone: (212) 425-7200
> E-mail: rcerwinski@kenyon.com

In accordance with Standing Order for District Court Fund, the annual fee of $25.00 has been or will be submitted to the Clerk's Office for Robert V. Cerwinski upon the filing of this motion.

|  |  |
|---|---|
| April 21, 2008 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Karen L. Pascale*<br>_____<br>John W. Shaw (No. 3362) [jshaw@ycst.com]<br>Karen L. Pascale (No. 2903) [kpascale@ycst.com]<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>Telephone: (302) 571-6600<br><br>*Attorneys for Plaintiffs,*<br>*Teva Pharmaceutical Industries Ltd. and*<br>*Teva Pharmaceuticals USA, Inc.* |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Robert V. Cerwinski is GRANTED.

Date: April _____, 2008          _____
                                  CHIEF, UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: April 21, 2008

_____
Robert V. Cerwinski
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200
E-mail: rcerwinski@kenyon.com

# CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esq., hereby certify that on April 21, 2008, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Francis J. Murphy , Jr | fmurphy@msllaw.com |
| David B. Abramowitz | dabramowitz@lockelord.com |
| Keith D. Parr | kparr@lockelord.com, ddaum@lockelord.com |

Additionally, I hereby certify that the foregoing document was served on counsel of record as indicated below:

### *By E-Mail*

Francis J. Murphy, Jr., Esquire *[fmurphy@msllaw.com]*
MURPHY & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

Keith D. Parr, Esquire *[kparr@lockelord.com]*
Kevin M. Nelson, Esquire *[knelson@lockelord.com]*
David B. Abramowitz, Esquire *[dabramowitz@lockelord.com]*
LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker Drive
Chicago, IL  60606

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

April 21, 2008
_____
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600
*Attorneys for Plaintiffs*