IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., <br><br> *Defendants.* | C. A. No. 07-332 (GMS) |

### [PROPOSED] SCHEDULING ORDER

This _____ day of May, 2008, the Court having conducted a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) on April 22, 2008;

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures.** Unless otherwise agreed to by the parties, they shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on or before May 22, 2008.

2. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before July 22, 2008.

3. **Reliance Upon Advice of Counsel.** Defendants shall inform plaintiffs whether they intend to rely upon advice of counsel as a defense to willful infringement no later than November 3, 2008. If defendants elect to rely on advice of counsel as a defense to willful

infringement, defendants shall produce any such opinions on which defendants intend to rely no later than November 3, 2008.

    4.    **_Markman_ Claim Construction Hearing.** A *Markman* claim construction hearing shall be held on April 30, 2009, at 9:30 a.m. The *Markman* hearing is scheduled for a total of three (3) hours with each side having 1.5 hours. The parties shall meet and confer regarding narrowing and reducing the number of claim construction issues. On or before February 17, 2009, the parties shall submit a Final Joint Claim Chart which shall include citations to intrinsic evidence. The plaintiff shall submit to the court, a Joint Appendix of Intrinsic and Extrinsic Evidence (the "Joint Appendix") containing all intrinsic and extrinsic evidence relied upon in the claim construction briefing. A sample table of contents of the Joint Appendix can be located on this court's website at www.ded.uscourts.gov. The Joint Appendix shall be filed the same day as the answering claim construction briefs. The parties shall file opening claim construction briefs on March 3, 2009, and answering claim construction briefs on March 31, 2009. Briefing will be presented pursuant to the court's Local Rules, **with the following exception with regard to page limits:** unless otherwise approved by the court, no opening or answering brief shall exceed 20 pages, and no reply brief shall exceed 10 pages, in each instance exclusive of any table of contents or table of citations.

    5.    **Discovery.** All fact discovery in this case shall be initiated so that it will be completed on or before February 23, 2009. Opening expert reports on issues on which a party bears the burden of proof shall be served on or before July 1, 2009. Rebuttal expert reports shall be served on or before on July 29, 2009. Expert Discovery in this case shall be initiated so that it will be completed on or before October 2, 2009.

      a.    **Discovery and Scheduling Matters:** Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a **joint, non-argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov. After the parties have had three (3) discovery teleconferences, they will be required to file a joint letter showing good cause why the court should permit a fourth discovery teleconference. Should the Court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO-PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

      6.    **Confidential Information and Papers filed under Seal**. Should counsel find it will be necessary to apply to the Court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the Court within thirty (30) days from the date of the currently scheduled mediation conference in this action, should the matter not be resolved through settlement at that time. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If after making a diligent effort the parties are unable to agree on the contents of the joint proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 5(a).**

7.  **Settlement Conference**. Pursuant to 28 U.S.C. §636, this matter has been referred to the United States Magistrate for the purpose of exploring the possibility of a settlement (D.I. 16).

8.  **Case Dispositive Motions**. There will be no case dispositive motion practice in this matter.

9.  **Applications by Motion**. Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

10. **Oral Argument**. If the Court believes that oral argument is necessary, the Court will schedule a hearing pursuant to District of Delaware Local Rule 7.1.4.

11. **Daubert Issues**. The Court will address Daubert issues at the Pretrial Conference. Daubert issues are properly raised as a Motion *in Limine* (to be submitted in accordance with the Motion *in Limine* schedule) and will count toward the five (5) motions permitted per side.

12. **Pretrial Conference.** On November 25, 2009, beginning at 9:30 a.m., the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Procedure 26(a)(3). A sample form of Pretrial Order

can be located on this court's website at www.ded.uscourts.gov. On October 6, 2009, plaintiffs' counsel shall forward to defendants' counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendants' counsel shall, in turn, provide to plaintiffs' counsel any comments on the plaintiffs' draft as well as the information defendants propose to include in the proposed pretrial order by October 20, 2009. **Motions *in limine*:** No party shall file more than five (5) motions *in limine*. Opening briefs shall be due on October 13, 2009; answering briefs shall be due on October 27, 2009; and reply briefs on all motions *in limine* shall be filed by November 3, 2009. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. The parties shall file with the court the **joint** proposed final pretrial order with the information required by the form of Final Pretrial Order which can be located on this court's website at www.ded.uscourts.gov on or before November 3, 2009.

      13.    **Trial.** This matter is scheduled for a five (5) day jury trial beginning at 9:30 a.m. on December 14, 2009.

      14.    **Scheduling.** The parties shall contact chambers, at (302) 573-6470, only in situations where scheduling relief is sought, and only then when ALL participating counsel in on the line for purposes of selecting a new date.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

May 2, 2008

**By CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re: *Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. v. Torrent Pharmaceuticals Ltd. and Torrent Pharma, Inc.*,
         C. A. No. 07-332-GMS

Dear Chief Judge Sleet:

    On behalf of all parties to the action, I am pleased to submit the enclosed Scheduling Order for the Court's review, reflecting the dates provided by the Court at the April 22, 2008 Scheduling Conference, as well as other dates and terms to which the parties have agreed.

                           Respectfully,

                           Karen L. Pascale (#2903)

Enclosure

cc: Francis J. Murphy, Jr., Esquire (w/encl.) (by CM/ECF and e-mail)
     Keith D. Parr, Esquire (w/encl.) (by CM/ECF and e-mail)
     Robert V. Cerwinski, Esquire (w/encl.) (by CM/ECF and e-mail)