IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : : | C. A. No. 07-332-GMS |
| TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., | : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **19th** day of **May, 2008.**

IT IS ORDERED that the mediation conference scheduled for Wednesday, May 21, 2008 beginning at 10:00 a.m. is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE