IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TEVA PHARMACEUTICAL                    :
INDUSTRIES LTD., et al.
                                       :
            Plaintiffs
                                       :
      v.                                      Civil Action No. 07-332 GMS
                                       :
TORRENT PHARAMACEUTICS, et al.
                                       :
            Defendants
                                       :

## <u>ORDER</u>

IT IS HEREBY ORDERED this 15th day of July, 2008:

The parties are directed to submit a status report regarding settlement of the above-captioned case no later than July 29, 2008.

_____/s/_____
GREGORY M. SLEET
Chief, United States District Judge