# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

July 29, 2008

**By CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: *Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. v. Torrent Pharmaceuticals Ltd. and Torrent Pharma, Inc.*,
C. A. No. 07-332-GMS

Dear Chief Judge Sleet:

On behalf of all parties to the action, I submit this joint status report pursuant to the Court's July 15, 2008 Order (D.I. 20). The parties had been scheduled to appear before Magistrate Judge Thynge on May 21, 2008 for a mediation to resolve their claims. Shortly before that mediation, the parties reached agreement on the basic terms of a settlement and jointly requested that the mediation be canceled. Since then, the parties have exchanged drafts of the final settlement document and have been working to finalize it. Although there are some details left to work out, the parties believe it is likely they will be able to execute the settlement agreement within the next two weeks. The parties will advise the Court promptly should it become apparent that they will not be able to execute the settlement without further assistance by the Court.

Respectfully,

Karen L. Pascale   Kp 2903

cc: Francis J. Murphy, Jr., Esquire (by CM/ECF and e-mail)
Keith D. Parr, Esquire (by CM/ECF and e-mail)
Robert V. Cerwinski, Esquire (by CM/ECF and e-mail)
Huiya Wu, Esquire (by CM/ECF and e-mail)

DB02:7021640.1                                                                065982.1001