**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., <br><br> *Defendants.* | C. A. No. 07-332-GMS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that pursuant to the parties' confidential Settlement Agreement, the above-captioned action, including all claims and counterclaims therein, is hereby dismissed with prejudice, all parties to bear their own costs and attorney fees.

DATED:    February 27, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

John W. Shaw (#3362)
Karen L. Pascale (#2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com

MURPHY & LANDON

*/s/ Francis J. Murphy, Jr.*

Francis J. Murphy, Jr. (#223)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
fmurphy@msllaw.com

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| KENYON & KENYON LLP<br>Steven J. Lee<br>Robert V. Cerwinski<br>Huiya Wu<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200 | LOCKE LORD BISSELL & LIDDELL LLP<br>Keith D. Parr<br>Kevin M. Nelson<br>David B. Abramowitz<br>111 S. Wacker Drive<br>Chicago, IL  60606<br>(312) 443-0261 |
| *Attorneys for Plaintiffs,*<br>*Teva Pharmaceutical Industries Ltd.*<br>*and Teva Pharmaceuticals USA, Inc.* | *Attorneys for Defendants,*<br>*Torrent Pharmaceuticals Ltd.*<br>*and Torrent Pharma Inc.* |

SO ORDERED this _____ day of _____, 2009.

_____
CHIEF, UNITED STATES DISTRICT JUDGE